UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KEVIN J. MOORS and
JUDY L. MOORS,

    Plaintiffs,

v.                                          CASE NO.  8:15-cv-1819-T-26JSS

CITY OF LAKELAND, FLORIDA,
RICHARD ROSE, and JOHN DOES,

    Defendants.
_____/

**O R D E R**

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (Dkt. 25) and Plaintiffs' Motion for Partial Summary Judgment on the Issue of Liability (Dkt. 38) are **stricken** pursuant to paragraph 6(g) of the Court's Case Management and Scheduling Order entered October 9, 2015, at docket 12, for failure to comply with paragraph 6(b) of that order.  Moreover, it appears from the parties' submissions that there is a genuine issue of material fact as to whether Sergeant Richard Rose had arguable probable cause to effect an arrest of Plaintiff Kevin Moors for assaulting a police officer.  The parties may renew their arguments advanced in their respective motions pursuant to Rule 50(a) of the Federal Rules of Civil Procedure at the appropriate juncture of the trial proceedings.

**DONE AND ORDERED** at Tampa, Florida, on December 5, 2016.

                                      s/*Richard A. Lazzara*
                                      **RICHARD A. LAZZARA**
                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record